To Whom It May Concern,

My name is Corey Michael Schwartz, Inmate Number #154517, Date of birth 12/18/1996. I am and have been an Inmate at the Harford County Detention Center located at 1030 Rock Spring Road, Bel Air, Maryland 21014. Reason I am reaching out to you today, Monday July 22nd, 2024, is because since I have been incarcerated here my personal rights have been violated numerous times. I was moved to a "Lock-up tier" due to an incident I was a victim of and while being housed in this specific area I had received two "disciplinary tickets" (included) and on both tickets I was asked if I would like to "waive my right to the twenty-four hour waiting period" which you will see I checked "no" meaning that I was supposed to have my "Disciplinary Hearing" within the twenty-four hour period of receiving my ticket. As you will find reported by officers in the Jail, they had waited almost seven days to give me my hearing. This goes against my inmate rights according to the Harford County Detention Center Inmate Handbook. I also believe my rights have been violated by keeping me on "Lock-up" since May 24th, 2024 until now with no signs of removing me. They state that I am on "Administrative Segregation",

am only allowed an Hour of Recreation time every day along with the inmates that are on "Lock-down" due to disciplinary sanctions. Unfortunately I have frequented this establishment over the years and this isnt the first time my rights have been violated. I see many other inmates face the same degradations and violations and have taken it upon myself to look into a solution and speak up for myself and my fellow peers facing the same difficulties which has led me here. Included is the two Disciplinary Tickets that I was served with from beginning to end. I had copies made so please feel free to keep these if need be. I look forward to hearing back from you and I appreciate you taking the time from your day to look over this. I will include seperate methods that I can be contacted by, if it comes to a point that I am released from here. Thank you.

—Corey Schwartz

Corey Schwartz #159517
1030 RockSpring Road
Bel Air Maryland, 21014
P.O. Box 1245

*My release date is not expected until mid October.

Home Address: 3107 Deer Creek Drive
Abingdon Maryland, 21009

Email: coreyschwartzz4@gmail.com
Phone: 443-675-7880